UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:17-cv-00124-SVW-DTB | Date | October 2, 2018 |
|---|---|---|---|
| Title | Yuehan Qiu v. Atlantic Ventures LLC et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen J. Thomas | Appearing by Telephone: |
| | Jack Zhang |

**Proceedings:**       STATUS CONFERENCE re COURT TRIAL


        The Court is advised that the defendant is indicted in a federal criminal case in Maryland.  The Court orders this case moved to the inactive calendar, pending resolution of the criminal action.

        The defense counsel is ordered to monitor the criminal matter and advise the Court's clerk, in writing, when the case should be restored to the active calendar

|  | : | 05 |
|---|---|---|
| Initials of Preparer | | PMC |